MIE 310 Order of Reference to a Magistrate JudgeRev. 3/98)

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**FILED**

AUG 0 5 2002

CLERK'S OFFICE
U. S. DISTRICT COURT
EASTERN MICHIGAN

MARCOS MADRIGAL and ELSA MADRIGAL,

    Plaintiff(s),

v.

CITY OF ALLEN PARK, et lal.,

    Defendant(s),
_____/

Case Number: 01-73911

Honorable Arthur J. Tarnow

Magistrate Judge Donald A. Scheer

## ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**IT IS ORDERED** that this matter is referred to United States Magistrate Judge Donald A. Scheer for the following purpose(s):

- **Hearing and Determination pursuant to (28 USC 636 (b)(1)(A)) on:** Plaintiff's Motion To Compel Discovery, filed 7/30/02.

DATED: AUG 0 5 2002

Arthur J. Tarnow
United States District Judge

---

## CERTIFICATE OF MAILING

I certify that a copy of this order was served upon Raymond Guzall, III, Barry A. Seifman, Paul Pedersen, Kenneth D. Kruse, S. Randall Field on the above date by ordinary mail.

Deputy Clerk