# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MARCOS MADRIGAL and ELSA
MADRIGAL,

      Plaintiff,

v.

CITY OF ALLEN PARK and ITS
POLICE CHIEF KENNETH
DOBSON in his official and
unofficial capacities, jointly and
severally,

      Defendants.
_____/

Case No. 01-73911

Honorable Arthur J. Tarnow
United States District Judge



FILED
SEP - 8 2004
CLERK'S OFFICE
DETROIT



FILED

SEP 0 8 2004

CLERK'S OFFICE
U. S. DISTRICT COURT
EASTERN MICHIGAN

# TITLE VII – DISPARATE TREATMENT AND/OR HOSTILE WORK ENVIRONMENT

## VERDICT

On the racial and/or national origin discrimination and/or harassment and/or violation claim of Marcos Madrigal, as submitted, we find in favor of

_Marcos Madrigal_
Plaintiff Marcos Madrigal         or         Defendant City of Allen Park

**Note:** Answer the next question only if the above finding finding is in favor of plaintiff. If the above finding is in favor of defendant, have your foreperson sign and date this form because you have completed your deliberation on this claim.

Has it been proved by Defendant by a preponderance of the evidence that defendant would have punished plaintiff Marcos Madrigal regardless of his race and/or national origin?  _____ Yes   __X__ No
(Mark an "X" in the appropriate space)

**Note:** Complete the following paragraphs only if your answer to the preceding question is "no." If you answered "yes" to the preceding question, have your foreperson sign and date this form because you have completed your deliberations on this claim.

We find plaintiff's lost wages and benefits excluding the first three disciplines through the date of this verdict to be:

$ _40,000.00_ (stating the amount or, if none, write the word "none").

We find plaintiff's other damages, excluding lost wages and benefits and excluding the first three disciplinary actions, to be:

$ 2,000,000.00 (stating the amount or, if you find that plaintiff's damages do not have a monetary value, write in the nominal amount of One Dollar ($1.00).

We assess punitive damages against defendant Kenneth Dobson excluding the first three disciplinary actions, as submitted, as follows:

$ 1,000,000.00 (stating the amount or, if none, write the word "none").

We find Elsa Madrigal's damages excluding the first three disciplinary actions through the date of this verdict to be:

$ 1,000,000.00

Dated: 9/8/04

_____
Foreperson