CLOSED   MAR 24 2005

FILED

MAR 24 2005

CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARCOS MADRIGAL & ELSA MADRIGAL,

    Plaintiffs,

v.

CITY OF ALLEN PARK & POLICE
CHIEF KENNETH DOBSON,

    Defendants.
_____/

Case No. 01-73911

HON. ARTHUR J. TARNOW

## ORDER OF DISMISSAL

At a session of said Court, in the City of Detroit, State of Michigan, on **MAR 24 2005**.

PRESENT: HONORABLE ARTHUR J. TARNOW
UNITED STATES DISTRICT JUDGE

Upon stipulation between the parties, through their respective counsel, and the Court being otherwise fully advised in the premises herein;

IT IS HEREBY ORDERED that the above-referenced case against City Of Allen Park & Police Chief Kenneth Dobson, in the above-captioned matter be dismissed with prejudice upon such terms as have been agreed upon by the parties.

_/s/ Arthur J. Tarnow_
UNITED STATES DISTRICT COURT JUDGE